### B. KORMAN v. J. HENRY, *et al.*

#### *Motion for Rehearing.*

THE facts appear, *ante*, pp. 49, *et seq.*

*Per Curiam:* The motion for a rehearing in this case will be overruled, upon the following among other authorities: *Carleton v. Woods*, 28 N. H. 290; *Woodruff v. Hinman*, 11 Vt. 592; *Shaw v. Carpenter*, 54 id. 155, 162 to 171, and the numerous cases there cited; *Scott v. Gilmore*, 3 Taunton [Eng.], 226; Jones on Mortgages, § 617; *Wallach v. Wylie*, 28 Kas. 138, 152, 153.

HURD, J., not sitting in the case.